UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH STALLWORTH,<br><br>    Petitioner,<br><br>    v.<br><br>GREG LEWIS, WARDEN,<br><br>    Respondent. | CASE NO. CV 12-2041-R (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 9, 2013

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\STALLWORTH, K 2041\Judgment.wpd